```
 1 │ Floyd W. Bybee, #012651
   │ **LAW OFFICE OF**
 2 │ **FLOYD W. BYBEE, PLLC**
   │ 4445 E. Holmes Avenue
 3 │ Suite 107
   │ Mesa, AZ 85206-5530
 4 │ Office:  (480) 756-8822
   │ Fax: (480) 302-4186
 5 │ floyd@bybeelaw.com
   │
 6 │ Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Arnold Kalicki,** | No. CV 08-0634-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **Eastern Asset Management LLC;** **John P. Nicolia;** **Matthew Reynolds;** **Kim Andrews;** | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, each party to bear its own attorney's fees and costs.

/ / /

/ / /

1
2    RESPECTFULLY SUBMITTED:   July 8, 2008   .
3
4                                    s/ Floyd W. Bybee
                                     Floyd W. Bybee, #012651
5                                    **LAW OFFICE OF**
                                     **FLOYD W. BYBEE, PLLC**
6                                    4445 E. Holmes Avenue
                                     Suite 107
7                                    Mesa, AZ 85206-5530
                                     Office:  (480) 756-8822
8                                    Fax: (480) 302-4186
                                     floyd@bybeelaw.com
9
                                     Attorney for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25